UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Siegle<br>　　　Plaintiff, | CASE NO.: 07 1762 |
| v. | JUDGE: Dubois |
| Financial Asset Management Systems, Inc.<br>　　　Defendant. | |
| | **NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　By:　　/s Thomas M. Nicely
　　　　　　　　　　　　Thomas M. Nicely
　　　　　　　　　　　　Bar No. 92759
　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　c/o Jeffrey S. Hyslip
　　　　　　　　　　　　20 West Kinzie; Suite 1300
　　　　　　　　　　　　Chicago, IL 60610
　　　　　　　　　　　　Telephone: 1.866.339.1156
　　　　　　　　　　　　jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2007 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

Financial Asset Management Systems, Inc.
1967 Lakeside Parkway
Suite 402
Tucker GA 30084

                                              /s/ Jeffrey Hyslip