IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH SIEGLE** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | NO. 07-1762 |
| vs. | : | |
| | : | |
| **FINANCIAL ASSET** | : | |
| **MANAGEMENT SYSTEMS, INC.** | : | |
| **WORLDWIDE** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 23rd day of July, 2007, plaintiff having filed a Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) on July 20, 2007, **IT IS ORDERED** that the Clerk of Court shall mark the case **CLOSED FOR STATISTICAL PURPOSES**.

BY THE COURT:

/s/ Honorable Jan E. DuBois
Jan E. DuBois, J.